Walter HUMPHRIES, Plaintiff-Appellee,

v.

CONSOLIDATED EDISON COMPANY OF NEW YORK, Inc., Defendant-Appellant.

CONSOLIDATED EDISON COMPANY OF NEW YORK, Inc., Third-Party Plaintiff-Appellant,

v.

J. LIVINGSTON & COMPANY, Third-Party Defendant-Appellee,

and

Eberhart Construction Company, Inc., Third-Party Defendant-Appellee.

No. 723, Docket 34101.

United States Court of Appeals, Second Circuit.

Argued May 26, 1970.

Decided May 27, 1970.

Oswald Vischi, Raphael, Searles & Vischi, New York City, for plaintiff-appellee.

Ernest J. Williams, John M. Keegan, New York City, for Consolidated Edison Co.

Joseph D. Ahearn, J. Robert Morris, New York City, for J. Livingston.

Before WATERMAN, FRIENDLY and HAYS, Circuit Judges.

PER CURIAM:

We affirm the judgment below on the opinion of Judge Bonsal.

UNITED STATES of America ex rel. Reginald McKNIGHT (45005), Appellant,

v.

STATE OF NEW JERSEY.

No. 18394.

United States Court of Appeals, Third Circuit.

Argued Sept. 15, 1970.

Decided Sept. 29, 1970.

William V. Kolshorn, Jr., Legal Aid Society of Mercer County, Trenton, N. J., for appellant.

Robert B. Silverman, Asst. County Prosecutor, Toms River, N. J. (Robert H. Doherty, Jr., Ocean County Prosecutor, Toms River, N. J., on the brief), for appellee.

Before STALEY, SEITZ and GIBBONS, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

Appellant appeals from the denial of his writ of habeas corpus. We have carefully considered each of the contentions made by appellant but find them to be without merit. The judgment of the district court will, therefore, be affirmed.